FILED

09 SEP -1 PM 1:34

[illegible stamp: U.S. DISTRICT COURT]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 237 MISC

VRW

Patricia Ann McBride - #148631

_____/

**ORDER TO SHOW CAUSE**

It appearing that Patricia Ann McBride has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Patricia Ann McBride
Heller Ehrman LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043